**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **DSX TUNING, LLC,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **JUSTIN WHITE,** | ) | |
| Serve:  70 Calle Maga, | ) | **JURY TRIAL DEMANDED** |
| Toa Alta, PR 00953 | ) | |
| | ) | |
| **TIMOTHY KING,** | ) | |
| Serve: 3112 E Lower | ) | |
| Springboro Rd. | ) | |
| Waynesville, OH 45068 | ) | |
| | ) | |
| **JUSTIN WHITE TUNED, LLC,** | ) | |
| Serve: Wendy White | ) | |
| Registered Agent | ) | |
| 220 Barren Springs Dr. #20 | ) | |
| Houston, TX 77090 | ) | |
| | ) | |
| **TAPOUT TUNING, L.L.C.,** | ) | |
| Serve: Scott A. Cook, | ) | |
| Registered Agent | ) | |
| 8430 Estates Court, | ) | |
| Plain City, OH 43064 | ) | |
| | ) | |
| **TK PERFORMANCE AND AUTOMOTIVE, LLC,** | ) | |
| Serve: Timothy King | ) | |
| Registered Agent | ) | |
| 5295 Springboro Pk. | ) | |
| West Carrollton, OH 45439 | ) | |
| | ) | |
| **TRANSMISSION PERFORMANCE SOLUTIONS, LLC d/b/a TKR TRANSMISSIONS,** | ) | |
| Serve: Anthony Allen | ) | |
| Registered Agent | ) | |
| 4177 Gibson Dr. Ste B. | ) | |
| Tripp City, OH 45371 | ) | |
| | ) | |
| and | ) | |

1

| | |
|---|---|
| **LATE MODEL TRANSMISSION, LLC,** | ) |
| | ) |
| | ) |
| Serve: Timothy King | ) |
| Registered Agent | ) |
| 3112 E Lower Springboro Rd. | ) |
| Waynesville, OH 45068 | ) |
| | ) |
| **DEFENDANTS.** | ) |

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff DSX Tuning, LLC ("***DSX***"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 65, hereby moves this Court for entry of a Temporary Restraining Order and Preliminary Injunction against Defendants Justin White, Timothy King, Justin White Tuned, LLC, Tapout Tuning, L.L.C., TK Performance & Automotive, LLC, and Transmission Performance Solutions, LLC d/b/a TKR Transmissions, and Late Model Transmission LLC (collectively, "***Defendants***"). In support of this Motion, DSX states as follows:

1. This action arises from Defendants' misappropriation, unauthorized use, and ongoing exploitation of DSX's confidential and proprietary information and trade secrets, including DSX's proprietary vehicle tuning files and calibration processes, in violation of, among other things, the Defend Trade Secrets Act, 18 U.S.C. § 1836 *et seq.*, the Missouri Uniform Trade Secrets Act, Mo. Rev. Stat. § 417.450 *et seq.*, and binding contractual confidentiality obligations.

2. Defendants obtained and used DSX's proprietary tuning files outside of authorized channels, in direct violation of contractual restrictions and trade-secret law and have used that information to compete directly with DSX, causing ongoing and irreparable harm to DSX.

3. Absent immediate injunctive relief, Defendants will continue to use, disclose, disseminate, and exploit DSX's trade secrets, further eroding DSX's competitive position,

goodwill, and control over its proprietary information, all forms of harm which cannot be adequately remedied by money damages.

4.       DSX seeks a Temporary Restraining Order, followed by a Preliminary Injunction, to preserve the status quo and prevent further irreparable harm pending adjudication of the merits.

5.       In support of this Motion, DSX contemporaneously files a Verified Complaint and a Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction, which sets forth in detail the factual background, applicable legal standards, and grounds for relief.

6.       DSX respectfully requests that the Court enter an Order:

(a) restraining Defendants from acquiring, using, selling, marketing, advertising, or disclosing DSX's Trade Secrets and other confidential documents, data, or information;

(b) requiring Defendants to return any and all of DSX's Trade Secrets currently in their possession, custody, control, and/or effective power to obtain;

(c) restraining Defendants from soliciting, contracting, engaging, retaining, inducing, or accepting business from or otherwise taking away or interfering with any customer, contract, business or sales opportunity of DSX's for the purposes of providing the same or similar services or goods as that of DSX specifically related to the Flex Fuel Tuning; and

(d) preventing Defendants from deleting, modifying, concealing, or otherwise destroying any files, data, or other information on their personal and/or business devices and/or destroying, selling, and/or giving away possession of, or otherwise negligently maintaining, storing, or protecting such devices;

3

(e) in addition to awarding such other and further relief as the Court deems just and proper.

WHEREFORE, Plaintiff DSX Tuning, LLC respectfully requests that this Court grant its Motion for Temporary Restraining Order and Preliminary Injunction, award Plaintiff its attorneys' fees and collection costs; set this matter for prompt hearing, as required by Rule 65, and grant Plaintiff's request for Preliminary Injunction, and award all relief as the Court deems just and proper.

DATED: March 25, 2026

Respectfully submitted,

CARMODY MacDONALD P.C.

By:    /s/ *S. Todd Hamby*
       S. Todd Hamby, #40367
       Lauren G. Gamel, #69085
       120 S. Central Avenue, Suite 1800
       St. Louis, Missouri 63105
       (314) 854-8600 (telephone)
       (314) 854-8660 (fax)
       sth@carmodymacdonald.com
       lgg@carmodymacdonald.com

*Attorneys for Plaintiff*

4